UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAYMOND A. CARRUTHERS,** | **NOTICE OF MOTION** |
| Plaintiff, | |
| v. | **Civil Action Number:** <br> **6:20-cv-399 (FJS/TWD)** |
| **KIMBERLY COLTON, individually;** <br> **CHARLES HUMPHREYVILLE;** <br> **individually; KRISTINE WESTON** <br> **individually;** | **JUDGE SCULLIN** |
| Defendants. | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, upon the attached Affidavit of Zachary C. Oren, all exhibits attached thereto, and the accompanying Memorandum of Law, Plaintiff Raymond A. Carruthers, will move the Court **on submission**, at a stated motion term in the United States Court House for the Northern District of New York at the James Hanley Federal Building, located at 100 South Clinton Street, Syracuse, New York, 13261, for an order pursuant to Rule 15 (a) (2) of the Federal Rules of Civil Procedure granting leave to file Plaintiff's proposed Amended Complaint and for such other and further relief as the Court deems appropriate.

                                                            Respectfully submitted,

Dated: December 19, 2021                          */s/ Zachary C. Oren*
                                                           Zachary C. Oren, Esq.
                                                           *Attorney for Plaintiff*
                                                           Federal Bar Roll Number 603001
                                                           401 Rutger Street
                                                           Utica, NY 13501
                                                           Cell:  (570) 441-8818
                                                           Email: z.c.oren@gmail.com

To: Jonathan Reiner, Esq. (*via CM/ECF filing*)
     Assistant Attorney General
     *Attorney for Defendant*